United States District Court

Eastern District of California

George L. Aaron,

        Plaintiff,　　　　　　　　　　No. Civ. S 05-0173 LKK PAN P

   vs.　　　　　　　　　　　　　　Order

Dickinson, et al.,

        Defendants.

　　　　　　　　　　　　　　　-oOo-

    Plaintiff is a prisoner proceeding in forma pauperis and without counsel in a civil rights action.

    The United States Marshal has returned process directed to defendant Sandham unserved.  A waiver of service was forwarded to his new employer, California Correctional Center, P.O. Box 790, Susanville, California 96127-0790, but service could not be accepted because "Dr. Sandham is not available due to medical issues that preclude him from accepting service at this time." Plaintiff must provide new information about where this defendant

1 may be served with process.  Plaintiff may seek such information
2 through discovery, the California Public Records Act, California
3 Government Code § 6250, et seq., or any other means available but
4 must proceed with haste because Fed. R. Civ. P. 4(m) requires an
5 action be dismissed as to a defendant not served within 120 days
6 after filing the complaint unless the time is enlarged based upon
7 a demonstration of good cause.  If plaintiff's access to the
8 required information is denied or unreasonably delayed, plaintiff
9 may seek judicial intervention.
10     Accordingly:
11     1.  The clerk of the court shall mail plaintiff one form
12 USM-285 and a copy of the pleading filed January 27, 2005.
13     2.  Within 90 days from the date this order is signed,
14 plaintiff may submit the attached Notice of Submission of
15 Documents with a completed form USM-285 providing instructions
16 for service of process upon defendant Sandham and two copies of
17 the pleading provided to plaintiff.
18     3.  If plaintiff does not provide new instructions for
19 service of process upon defendant Sandham within the time allowed
20 or show good cause for such failure I will recommend this action
21 be dismissed as to that defendant.
22     So ordered.
23     Dated:  July 7, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

United States District Court

Eastern District of California

| | |
|---|---|
| George L. Aaron, | |
|     Plaintiff, | No. Civ. S 05-0173 LKK PAN P |
| vs. | Notice of Submission of Documents |
| Dickinson, et al., | |
|     Defendant. | |

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_ completed summons form

    \_\_\_\_ completed forms USM-285

    \_\_\_\_ copies of the _____
                          Complaint

Dated: _____

                                    _____
                                    Plaintiff