United States District Court

Eastern District of California

George L. Aaron,

        Plaintiff,                    No. Civ. S 05-0173 LKK PAN P

    vs.                             Order

Dickinson, et al.,

        Defendant.

-oOo-

    July 15, 2005, plaintiff moved for default. Defendant Sundham has not been served and all other defendants have answered. Plaintiff's motion for default is denied.

    So ordered.

    Dated: August 23, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge