United States District Court

Eastern District of California

George L. Aaron,

     Plaintiff,     No. Civ. S 05-0173 LKK PAN P

  vs.     Order

Dickinson, et al.,

     Defendants.

-oOo-

September 22, 2005, plaintiff moved for an extension of time. Good cause appearing, plaintiff's motion is granted and time to submit information for serving defendant Sundham is extended to January 15, 2006.

September 26, 2005, plaintiff requested a discovery conference. See Fed. R. Civ. P. 26(f). No such conference is

///

///

///

1 appropriate where plaintiff is incarcerated and proceeds without
2 counsel.  A scheduling order will issue shortly.
3     So ordered.
4     Dated:  October 20, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge