United States District Court

Eastern District of California

George L. Aaron,

     Plaintiff,                         No. Civ. S 05-0173 LKK PAN P

  vs.                                  Order

Dickinson, et al.,

     Defendants.

-oOo-

July 7, 2005, the court directed plaintiff to submit information for serving defendant Sundham, informing him that if he did not the court would recommend dismissal of claims against this defendant.  Fed. R. Civ. P. 4(m).  The court extended time for plaintiff to comply, until January 15, 2006.  Plaintiff has not.

January 19, 2006, plaintiff moved for an order compelling defendants to provide discovery, stating defendants had failed to respond to discovery served November 13, 17 and 20, 2005.

1  Defendants opposed the motion, attaching a declaration stating
2  that discovery responses were served December 22, 2005.  The
3  record shows plaintiff now has received the responses.
4       February 3, 2006, plaintiff moved the court to extend
5  discovery.  Such extension is appropriate.
6       Accordingly,
7       1.  Within 30 days, plaintiff shall show cause why claims
8  against Sundham should not be dismissed for failure timely to
9  serve process.
10      2.  Plaintiff's January 19, 2006, motion to compel is denied
11 as moot.  He may file a new motion challenging the sufficiency of
12 defendants' discovery responses.
13      3.  Plaintiff's February 3, 2006, request to extend
14 discovery is granted.  The discovery cut-off date set in the
15 court's October 20, 2005, scheduling order is extended to May 15,
16 2006.  Dispositive motions must be filed and served by July 14,
17 2006.  Pretrial conference is set for November 4, 2006, with
18 plaintiff's pretrial statement due October 6, 2006, and
19 defendants' due October 20, 2006.  The October 24, 2006, trial is
20 vacated, to be re-set in the pretrial order.
21      So ordered.
22      Dated:  February 14, 2006.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge