IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE L. AARON,

    Plaintiff,                        No. CIV S-05-0173 LKK PAN P

    vs.

DICKINSON, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        On March 23, 2006, the Magistrate Judge issued an order denying plaintiff's motion to compel a further response to request for production of documents no. 1. On April 19, 2006, plaintiff filed a request for reconsideration of that order.[1] That request was signed April 15, 2006.

        Local Rule 72-303(b) states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of March 23, 2006 is therefore untimely.

---

[1] Plaintiff's request is included within his motion to compel responses to requests for admissions. (Docket No. 74-1, at 4-5.)

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 19, 2006 request
2  for reconsideration is denied.
3  DATED: May 15, 2006.

        /s/Lawrence K. Karlton
        UNITED STATES DISTRICT JUDGE

/aaro0173.851