IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE L. AARON,

      Plaintiff,                                    No. CIV S-05-0173 LKK EFB P

    vs.

DICKINSON, et al.,                           <u>ORDER</u>

      Defendants.

_____/

      Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 7, 2005, the court found service appropriate for defendants Dickinson, Amamunga, Daniels, Barton, Rohlfing, Roche, Sundham, Singleton, Hemphil, Casey, Porter and Grannis. On June 20, 2005, defendants Abamonga, Daniels, Barton, Rohlfing, Roche, Singleton, Hemphil, and Casey filed an answer. On June 30, 2005, defendants Dickinson, Porter, and Grannis filed their answer. On July 1, 2005, a summons was returned unexecuted as to defendant Sundham. After a protracted effort by plaintiff to effect service on this remaining defendant, service was finally returned executed, with the proper spelling of his name shown as "Sandham," on April 12, 2006.

      The court's order filed July 26, 2006, directed plaintiff to file a pretrial statement on or before January 4, 2007, and defendants to file their pretrial statement on or before January 18,

1

1  2007.  Plaintiff filed his pretrial statement on January 25, 2007.  Defendants have yet to file a
2  pretrial statement.
3      Accordingly, IT IS HEREBY ORDERED that defendants are ordered to file a pretrial
4  statement within 10 days of the date this order is served.  Failure to do so will result in the
5  court's reliance on plaintiff's pretrial statement in the drafting of the pretrial order and any other
6  sanctions that the court may deem necessary.  *See* L.R. 11-110.
7  Dated:  November 27, 2007.

                              /s/ Edmund F. Brennan
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE