Mark H. Harris (SBN 133578)
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, CA 95816
Telephone: (916) 442-6155
Facsimile:   (916) 444-5921

Attorneys for Defendants
M. Abamonga, C. Barton, T. Casey,
J. Daniels, L. Hemphill, S. Roche,
J. Rohlfing, C. Singleton,
O. Dickinson, D.L. Porter,
R. Sandham and N. Grannis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AARON, | CASE NO. 2:05-CV-00173-LKK-KJM |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE** |
| v. | |
| DICKINSON, et al. | |
| Defendants. | |

Having reviewed defendants M. Abamonga, C. Barton, T. Casey, J. Daniels, L. Hemphill, S. Roche, J. Rohlfing, C. Singleton, O. Dickinson, D.L. Porter, R. Sandham and N. Grannis' (hereinafter "Defendants") request to continue the settlement conference scheduled for March 26, 2008 at 1:30 p.m., and good cause appearing, the Court orders as follows:

/////

1   Defendants' request to continue the settlement conference scheduled for March 26,
2   2008 at 1:30 p.m. is granted, and the settlement conference is continued to April 23, 2008
3   at 1:30 p.m. before the undersigned.
4   IT IS SO ORDERED.

6   Dated: March 14, 2008.

_____
U.S. MAGISTRATE JUDGE

**ORDER GRANTING DEFENDANTS' REQUEST FOR CONTINUANCE**