IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE L. AARON,

      Plaintiff,           No. CIV S-05-0173 LKK EFB P

  vs.

DICKINSON, et al.,

      Defendants.        ORDER

_____/

     Plaintiff is a state prisoner prosecuting this civil rights action without counsel. By order filed March 17, 2008, the settlement conference scheduled for March 26, 2008, was continued to April 23, 2008 at 1:30 p.m., before Magistrate Judge Kimberly J. Mueller. Accordingly, the trial confirmation hearing is continued to May 15, 2008 at 11:00 a.m. and trial is continued to August 26, 2008, at 10:30 a.m., both in Courtroom No. 4 before Senior Judge Lawrence K. Karlton.

     So ordered.

Dated: March 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE