## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

GEORGE L. AARON,

        Plaintiff,                  No. CIV S-05-0173 LKK EFB P

  vs.

DICKINSON, et al.,

        Defendants.          **ORDER & <u>AMENDED</u> WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

       George L. Aaron, inmate # C-47665, a necessary and material witness in proceedings in this case on May 19, 2008, is confined in Avenal State Prison, #1 Kings Way, P.O. Box 8, Avenal, California, 93204, in the custody of Warden James Hartley; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Avenal State Prison on May 19, 2008, at 11:15 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden James Hartley, Avenal State Prison, #1 Kings Way, P.O. Box 8, Avenal, California, 93204:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 25, 2008.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE