IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE L. AARON,

        Plaintiff,                    No. CIV S-05-0173 LKK EFB

    vs.

DICKINSON, et al.,                ORDER

        Defendants.
_____/

The above-captioned case settled on April 23, 2008, at a Settlement Conference conducted before Magistrate Judge Kimberly J. Mueller.

Accordingly, all hearing dates set in this matter, including the May 19, 2008, trial confirmation hearing, and August 26, 2008, trial, are **VACATED.** Further, the writ of habeas corpus ad testificandum issued to provide for plaintiff's attendance via videoconferencing at the May 19, 2008, trial confirmation hearing is vacated.

The Clerk is directed to serve a copy of this order on the Warden of Avenal State Prison.

SO ORDERED.

DATED: April 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE