MARK H. HARRIS, CA State Bar No. 133578
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, California 95816
Telephone: (916) 442-6155
Facsimile: (916) 444-5921

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AARON, | No. 2:05-CV-00173-LKK-EFB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS** |
| O. DICKINSON, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action that defendants M. ABAMONGA (sued incorrectly herein as "Amamunga"), C. BARTON, J. DANIELS, S. ROCHE, J. ROHLFING, O. DICKINSON, R. SANDHAM be, and hereby are, dismissed with prejudice from the above-captioned action, pursuant to FRCP 41(a)(1)(ii).  Each side to bear its own costs and attorney fees.

Dated: April 23, 2008        /s/ George Aaron
                             GEORGE AARON
                             Plaintiff

Dated: April 23, 2008        LAW OFFICES OF MARK H. HARRIS


                       By:   /s/ Mark H. Harris
                             MARK H. HARRIS
                             Attorneys for defendants

-1-

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS**

1 **IT IS SO ORDERED**

2

3 Dated: June 27, 2008.

4 _____
LAWRENCE K. KARLTON
5 SENIOR JUDGE
UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS**