IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE L. AARON,

      Plaintiff,                      No. CIV S-05-0173 LKK EFB P

    vs.

DICKINSON, et al.,

      Defendants.            ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 23, 2008, settlement conference proceedings were held before Magistrate Judge Kimberly J. Mueller. The minutes from the settlement conference indicate that defendants Amamunga, Barton, Daniels, Roche, Rohlfing, Dickinson and Sandman were dismissed from this action and that a stipulation of dismissal would be filed upon finalization of the settlement agreement of the remaining five defendants (Singleton, Hemphil, Casey, Porter, and Grannis). On June 24, 2008, a stipulation of dismissal for defendants Amamunga, Barton, Daniels, Roche, Rohlfing, Dickinson and Sandman was filed. However, the remaining five defendants did not file a stipulation of dismissal, and thus, have not been dismissed from this action.

////

1       Accordingly, it is ORDERED that defendants must, within 5 days of the date this order is
filed, file a status report regarding the remaining five defendants.

Dated: March 20, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE