MARK H. HARRIS, CA State Bar No. 133578
LAW OFFICES OF MARK H. HARRIS
2207 J Street
Sacramento, California 95816
Telephone: (916) 442-6155
Facsimile: (916) 444-5921

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AARON, | No. 2:05-CV-00173-LKK-EFB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS** |
| O. DICKINSON, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action that defendants T. Casey, N. Grannis, L. Hemphill, C. Singleton, and D.L. Porter be, and hereby are, dismissed with prejudice from the above-captioned action, pursuant to FRCP 41(a)(1)(ii). Each side to bear its own costs and attorney fees.

Dated: May 28, 2008                /s/ George Aaron
                                   GEORGE AARON
                                   Plaintiff

Dated: June 24, 2008               LAW OFFICES OF MARK H. HARRIS


                            By:    /s/ Mark H. Harris
                                   MARK H. HARRIS
                                   Attorneys for defendants

-1-

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS**

**IT IS SO ORDERED**

Dated: March 24, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS**